[No. 6768-8-III.   Division Three.   January 16, 1986.]

THE STATE OF WASHINGTON, *Petitioner*, v. VERN D. BROMLING, ET AL, *Respondents*, THOMAS D. HAMILTON, ET AL, *Appellants*, SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-01367-7, Thomas E. Merryman, J.,

entered October 8, 1984. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, J., Green, C.J., dissenting.